UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO.

v.

VERNON NELSON RICH,        08-30216

        Defendant.

_____/

### MOTION TO SEAL THE COMPLAINT AND WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the complaint, warrant of arrest, and all attendant papers for the reason that the defendant may flee prior to appearance on the complaint.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

MATTHEW J. SCHNEIDER
Assistant United States Attorney
211 W. Fort #2001
Detroit, Michigan 48226
(313) 226-9188
Email: Matthew. Schneider2@usdoj.gov

FILED
MAY 0 7 2008
CLERK'S OFFICE
DETROIT

Dated: May 7, 2008

**IT IS SO ORDERED.**

HONORABLE R. STEVEN WHALEN
United States Magistrate Judge

Entered: 5/7/08