

FILED
MAY 13 2008
CLERK'S OFFICE
DETROIT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 08-30216

-vs-

VERNON NELSON RICH,

        Defendant.
_____/

## ORDER
## TO UNSEAL THE COMPLAINT

IT IS HEREBY ORDERED that the complaint, warrant of arrest, and all attendant papers be UNSEALED.

_____
HONORABLE DONALD A. SCHEER
United States Magistrate Judge

Entered: 5/13/08



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLERK'S OFFICE
DETROIT

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

VERNON NELSON RICH,

        Defendant.
_____/

CRIMINAL NO. 08-30216

## MOTION TO UNSEAL THE COMPLAINT

THE UNITED STATES OF AMERICA requests the court to unseal the complaint, warrant of arrest, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

        Respectfully submitted,

        STEPHEN F. MURPHY
        United States Attorney

        Matthew J. Schneider
        Assistant United States Attorney
        211 W. Fort #2001
        Detroit, MI 48226
        (313) 226-9188
        Email: Matthew.Schneider2@usdoj.gov

DATED: May 13, 2008