AUSA Matthew Schneider, (313)226-9188

FIA# 1488 336  2

WAR1# 0839-0508-1671-J

AO 42 (Rev. 12/85) Warrant for Arrest

# United States District Court

EASTERN _____ DISTRICT OF _____ MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>**VERNON NELSON RICH** | **WARRANT FOR ARREST**<br><br>CASE NUMBER:<br><br>08-30916 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **Vernon Nelson Rich** _____
                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Possessing Firearms Having Been Convicted of a Felony**

'08 MAY 16 AM 11:09

in violation of Title __18__ United States Code, Section(s) __922 (g)(1)__

| | |
|---|---|
| R. Steven Whalen<br>Name of Issuing Officer | U.S. Magistrate Judge<br>Title of Issuing Officer |
| [Signature]<br>Signature of Issuing officer | May 7, 2008,   Detroit, Michigan<br>Date and Location |

Bail fixed at $ _____   by _____
                                      Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

74200 GOLF RD COVENTRY, MI

| DATE RECEIVED<br>5/3/08 | NAME AND TITLE OF ARRESTING OFFICER<br>SA David Cooper<br>FBI | SIGNATURE OF ARRESTING OFFICER<br>[Signature] |
|---|---|---|
| DATE OF ARREST<br>5/3/08 | | |

(Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __Vernon Nelson Rich__

ALIAS: _____

LAST KNOWN RESIDENCE: __5555 Flinchbaugh, Kimball, Michigan__

LAST KNOWN EMPLOYMENT: __N/A__

PLACE OF BIRTH: __Unknown__

DATE OF BIRTH: __3/15/1965__

SOCIAL SECURITY NUMBER: __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__

HEIGHT: __5'08"__   WEIGHT: __220__

SEX: __Male__   RACE: __White__

HAIR: __Red__   EYES: __Blue__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: __Tat: Fly on end of genetalia; Back: "In Memory"; Arm: Skulls and Eagle, Scars: Burns on stomach, left and right legs, skin grafts on abdomen and calf.__

FBI NUMBER: __142419DA9__

COMPLETE DESCRIPTION OF AUTO: __1986 BMW, black in color, MI BRH0889,__

INVESTIGATIVE AGENCY AND ADDRESS: __Macomb FBI, 44200 Garfield, Clinton Township, MI (586)412-4844__